**Fill in this information to identify the case:**

Debtor Name _Backyard Workroom LLC_

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _October_

Line of business: _Small homes Kits_

Date report filed: _11/21/2022_
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party: _____

Printed name of responsible party: _Eric Benavides_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☒ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☒ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name _Backyard Workroom LLC_    Case number _____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _1,026_

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _14,026.27_

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ _13,794.27_

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _232.00_

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ _1,258_

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**    $ _Attached_

*(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ ___0___

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     2

27. What is the number of employees as of the date of this monthly report?     1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 6,738

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 0

30. How much have you paid this month in other professional fees?     $ 0

31. How much have you paid in total other professional fees since filing the case?     $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | − | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____

36. Total projected cash disbursements for the next month:     − $ _____

37. Total projected net cash flow for the next month:     = $ ___0___

Debtor Name _Backyard Workroom LLC_    Case number _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☒ 41. Budget, projection, or forecast reports.

☒ 42. Project, job costing, or work-in-progress reports.

11:05 AM

11/21/22

# Backyard Workroom LLC
## A/P Aging Summary
### As of October 31, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Blue Cross Blue Shield | 0.00 | 1,748.00 | 14,600.00 | 13,318.78 | 0.00 | 29,666.78 |
| Built Designs,LLC | 0.00 | 0.00 | 0.00 | 1,150.00 | 0.00 | 1,150.00 |
| Champion Janitorial | 0.00 | 0.00 | 0.00 | 0.00 | 895.84 | 895.84 |
| Conley Rose Intellectual Property Law | 0.00 | 0.00 | 0.00 | 0.00 | 4,825.00 | 4,825.00 |
| Daniel C. Smith P.E Consulting Engineers | 13,800.00 | 0.00 | 0.00 | 5,335.00 | 0.00 | 19,135.00 |
| Dawson Logistics Assets LLC | 0.00 | 14,718.00 | 14,718.00 | 14,718.00 | 0.00 | 44,154.00 |
| Department of Treasury | 0.00 | 42,519.88 | 0.00 | 0.00 | 0.00 | 42,519.88 |
| Elite Energy Inspections | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| Frontier Communications | 0.00 | 0.00 | 114.99 | 0.00 | 0.00 | 114.99 |
| Horton World Solutions, LLC | 0.00 | 0.00 | 0.00 | 38,254.08 | 85,052.13 | 123,306.21 |
| Metal Supermarkets, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,076.47 | 1,076.47 |
| Mitchell Welding Supply | 77.95 | 77.95 | 290.55 | 514.11 | 694.49 | 1,655.05 |
| Nappco Fastner Company | 0.00 | 0.00 | 139.61 | 834.97 | 139.61 | 1,114.19 |
| Phoenix Funding Group | 0.00 | 0.00 | 116.67 | 0.00 | 0.00 | 116.67 |
| RB Shields Me | 0.00 | 0.00 | 0.00 | 0.00 | 537.75 | 537.75 |
| Republic Trash Services | 0.00 | 117.48 | 0.00 | 0.00 | 0.00 | 117.48 |
| Sentry Security Solutions, LLC | 0.00 | 47.62 | 0.00 | 0.00 | 0.00 | 47.62 |
| Sherwin Williams | 0.00 | 0.00 | 992.52 | 3,468.01 | 2,150.10 | 6,610.63 |
| Sorrow Motion Pictures | 0.00 | 0.00 | 0.00 | 0.00 | 1,154.50 | 1,154.50 |
| Texas Comptroller | 0.00 | 0.00 | 8,911.97 | 0.00 | 0.00 | 8,911.97 |
| Texas Mutual Insurance | 0.00 | 1,858.00 | 0.00 | 0.00 | 0.00 | 1,858.00 |
| TMC DesignWorks | 0.00 | 0.00 | 0.00 | 0.00 | 1,220.00 | 1,220.00 |
| **TOTAL** | **13,877.95** | **61,086.93** | **39,884.31** | **77,592.95** | **98,845.89** | **291,288.03** |

Exhibit E

11/11/22, 9:21 AM    Account Details - Wells Fargo

# WELLS FARGO

## BACKYARD WORKROOM

Account
...1049
Routing Numbers

**$0.00**
Available balance

### Activity Summary

| | |
|---|---|
| **Current posted balance** | $0.00 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | **$0.00** |

Monthly Service Fee Summary

Routing numbers

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|

**ending Transactions**

No pending transactions meet your search criteria. Please try again.

**osted Transactions**

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| 10/27/22 | PAYOFF DEBIT, NON-INTEREST WITHOUT FEE | | $0.00 |
| 10/27/22 | Customer initiated money transfer to acct 8015 | | $7,026.27 |
| **Totals** | | **$0.00** | **$7,026.27** |

Back to top

First
Previous
Next

# Initiate Business Checking℠

October 31, 2022 ■ Page 1 of 4



BACKYARD WORKROOM LLC
DEBTOR IN POSSESSION
CH11 CASE #22-41366 (ETX)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/27 | $0.00 |
| Deposits/Credits | 8,026.27 |
| Withdrawals/Debits | - 6,768.00 |
| Ending balance on 10/31 | $1,258.27 |

Account number: 2█████9015
BACKYARD WORKROOM LLC
DEBTOR IN POSSESSION
CH11 CASE #22-41366 (ETX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

October 31, 2022 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/27 | | Customer Initiated Money Transfer From Acct 1049 | 7,026.27 | | 7,026.27 |
| 10/28 | | Wire Trans Svc Charge - Sequence: 221028072318 Srf# Ow00002639916144 Trn#221028072318 Rfb# Ow00002639916144 | | 30.00 | |
| 10/28 | | WT 221028-072318 Bank of America, N. /Bnf=Law Office of Eric Liepins PC Srf# Ow00002639916144 Trn#221028072318 Rfb# Ow00002639916144 | | 6,738.00 | 258.27 |
| 10/31 | | Online Transfer From Skyview Investments LLC Business Checking xxxxxx2343 Ref #Ib0Gryp3Sk on 10/31/22 | 1,000.00 | | 1,258.27 |
| Ending balance on 10/31 | | | | | 1,258.27 |
| Totals | | | $8,026.27 | $6,768.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/27/2022 - 10/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Average ledger balance | $1,000.00 | $1,812.00 ☑ |
| · Minimum daily balance | $500.00 | $258.27 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Other Wells Fargo Benefits

October 31, 2022 ■ Page 3 of 4



Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



## IMPORTANT ACCOUNT INFORMATION

In consideration of the global COVID-19 pandemic, Wells Fargo temporarily paused exercising its right to setoff as otherwise allowable under your Deposit Account Agreement. Effective on or after January 1, 2023, Wells Fargo will resume exercising its right to setoff for overdrawn deposit account balances, where applicable. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Tax Season Reminder: Wells Fargo delivers tax documents - either by mail or online depending on your delivery preference - no later than January 31 or by the IRS deadline of February 15 for brokerage accounts. Depending on the U.S. Postal delivery service, you should expect to receive your tax documents no later than the end of February. You can update your tax document delivery preferences by visiting Wells Fargo Online®.

The Internal Revenue Service (IRS) requires Wells Fargo to report information regarding the amount of interest, dividend or miscellaneous income earned as well as gross proceeds from sales by providing you with various IRS Forms 1099 based on the different types of transactions that occurred in your account during the calendar tax year (the IRS reportable threshold). For example, if you have interest or dividends in the amount of $10 or more during that timeframe, you will receive a Form 1099-INT from Wells Fargo.

For more information, visit Wells Fargo Tax Center at https://www.wellsfargo.com/tax-center/.

October 31, 2022 ■ Page 4 of 4



---

## Important Information You Should Know

• To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

• In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                       $ _____
shown on your statement.                      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

11:52 AM

11/04/22

# Backyard Workroom LLC
## Reconciliation Summary
### 10100 · NEW BANK ACCT-BYWR WF-8015, Period Ending 10/31/2022

|  | Oct 31, 22 |  |
| --- | --- | --- |
| **Beginning Balance** |  | 0.00 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 2 items | -6,768.00 |  |
| Deposits and Credits - 2 items | 8,026.27 |  |
| **Total Cleared Transactions** | 1,258.27 |  |
| **Cleared Balance** |  | **1,258.27** |
| **Register Balance as of 10/31/2022** |  | 1,258.27 |
| **New Transactions** |  |  |
| Checks and Payments - 2 items | -1,110.48 |  |
| **Total New Transactions** | -1,110.48 |  |
| **Ending Balance** |  | **147.79** |

11:51 AM

11/04/22

## Backyard Workroom LLC
## Reconciliation Detail
### 10100 · NEW BANK ACCT-BYWR WF-8015, Period Ending 10/31/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 10/28/2022 | wire | Eric Liepins | X | -6,738.00 | -6,738.00 |
| Check | 10/28/2022 | debit | Wells Fargo | X | -30.00 | -6,768.00 |
| Total Checks and Payments | | | | | -6,768.00 | -6,768.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 10/28/2022 | | | X | 7,026.27 | 7,026.27 |
| Deposit | 10/31/2022 | | | X | 1,000.00 | 8,026.27 |
| Total Deposits and Credits | | | | | 8,026.27 | 8,026.27 |
| Total Cleared Transactions | | | | | 1,258.27 | 1,258.27 |
| **Cleared Balance** | | | | | 1,258.27 | 1,258.27 |
| **Register Balance as of 10/31/2022** | | | | | 1,258.27 | 1,258.27 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 11/01/2022 | debit | Reliant Energy | | -993.00 | -993.00 |
| Bill Pmt -Check | 11/01/2022 | debit | Republic Trash Serv... | | -117.48 | -1,110.48 |
| Total Checks and Payments | | | | | -1,110.48 | -1,110.48 |
| Total New Transactions | | | | | -1,110.48 | -1,110.48 |
| **Ending Balance** | | | | | 147.79 | 147.79 |

2:09 PM

11/09/22

Accrual Basis

# Backyard Workroom LLC
## Balance Sheet
### As of October 31, 2022

|  | Oct 31, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10100 · NEW BANK ACCT-BYWR WF-8015 | 1,258.27 |
| **Total Checking/Savings** | 1,258.27 |
| **Other Current Assets** | |
| **15100 · WORK IN PROGRESS/INVENTORY** | |
| 15105 · Electrical Parts | 990.43 |
| 15110 · Fasteners | 732.18 |
| 15120 · Metal | 2,927.05 |
| 15125 · Paint | 145.57 |
| 15130 · Panels | 13,837.60 |
| 15135 · Windows & Trim | 1,318.20 |
| 15145 · Consumables | 1,596.60 |
| 15150 · Plumbing | 349.04 |
| 15160 · Kitchenette | 1,297.26 |
| 15175 · Job Permitting | 7,429.99 |
| 15180 · Engineered Drawings | 16,885.00 |
| **Total 15100 · WORK IN PROGRESS/INVENTORY** | 47,508.92 |
| 17000 · RENT DEPOSIT | 43,000.00 |
| **Total Other Current Assets** | 90,508.92 |
| **Total Current Assets** | 91,767.19 |
| **Fixed Assets** | |
| 18500 · LEASEHOLD IMPROVEMENT - TECH | 12,937.51 |
| 21000 · SHOP EQUIPMENT | 7,006.82 |
| **22000 · ACCUMULATED DEPRECIATION** | |
| 22100 · Accum Dep Leasehold Improvement | -32,290.44 |
| 22400 · Accum Dep Shop Equip | -7,006.82 |
| **Total 22000 · ACCUMULATED DEPRECIATION** | -39,297.26 |
| **Total Fixed Assets** | -19,352.93 |
| **Other Assets** | |
| **23500 · MODEL PARK SHOW ROOMS** | |
| 23504 · Showroom Model - Sauna | 6,614.69 |
| **Total 23500 · MODEL PARK SHOW ROOMS** | 6,614.69 |
| **Total Other Assets** | 6,614.69 |
| **TOTAL ASSETS** | 79,028.95 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 24000 · ACCOUNTS PAYABLE | 240,461.66 |
| **Total Accounts Payable** | 240,461.66 |
| **Credit Cards** | |
| 25000 · BYWR Main Credit Card | 11,770.73 |
| 25100 · BYWR CC/Employee Company Card | 3,504.71 |
| 25200 · Home Depot Credit Card | -618.49 |
| 25300 · Eric's Personal CC | 28,949.69 |
| **Total Credit Cards** | 43,606.64 |
| **Other Current Liabilities** | |
| 25500 · Sales Tax Payable | 1,554.20 |

**Page 1**

2:09 PM

11/09/22

Accrual Basis

**Backyard Workroom LLC**
**Balance Sheet**
**As of October 31, 2022**

|  | Oct 31, 22 |
|---|---|
| **26000 · NOTES PAYABLE** | |
| 26100 · Notes Payable - Skyview | 710,751.91 |
| 26200 · Notes Payable - Skyview (SBA) | 500,000.00 |
| **Total 26000 · NOTES PAYABLE** | 1,210,751.91 |
| **28000 · REFUNDABLE CUSTOMER DEPOSITS** | |
| 28500 · Customer Down Payments | 199,656.90 |
| **Total 28000 · REFUNDABLE CUSTOMER DEPOSITS** | 199,656.90 |
| **29100 · CONVERTIBLE NOTE** | 104,723.35 |
| **Total Other Current Liabilities** | 1,516,686.36 |
| **Total Current Liabilities** | 1,800,754.66 |
| **Total Liabilities** | 1,800,754.66 |
| **Equity** | |
| 31000 · MEMBERS EQUITY | -812,849.16 |
| Net Income | -908,876.55 |
| **Total Equity** | -1,721,725.71 |
| **TOTAL LIABILITIES & EQUITY** | 79,028.95 |