# EXHIBIT A

Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| BACKYARD WORKROOM, LLC | § | Case No. 22-41366 |
| | § | |
| DEBTOR | § | |

MOTION TO SELL PROPERTY OF THE ESTATE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 660 N. CENTRAL EXPRESSWAY, 3RD FLOOR, PLANO, TEXAS 75074, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE  UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Backyard Workroom, LLC,  Debtor in the above styled and numbered cause and files this its Motion to Sell Property of the Estate ("Motion") and would respectfully show unto the Court as follows:

1.      This Court has jurisdiction over this proceeding and the parties and property affected hereby pursuant to 28 U.S.C. §§1334 and 157. Consideration of the Motion constitutes a core proceeding as defined in 28 U.S.C. §157(b)(2)(A), (K), (M) and (O).

2.      The Debtor commenced this proceeding on October 14, 2022 by filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code.     Since the filing of the petition, the Debtor has remained in possession of its assets and continued in operation of its business as a debtor-in-possession pursuant to 11 U.S.C. §1184.

3      The Debtor's business consists of the design, manufacturing and installation of outdoor structure , commonly referred to as "tiny houses".

4.      In order for the Debtor to maintain operations the Debtor is in need to capital infusions which the Debtor has not been able to obtain.

5.      As a result of a determination that the panels used by the Debtor in its current operations are not sufficient to meet the requirements  of many zoning agencies, the Debtor has determined the best alternative is to sell the company for an amount sufficient to replay the creditors.

6.      The Debtor has received an offer to purchase the debtor's trade name, website, trademarks, tools, furniture fixtures, inventory and goodwill for the price of $500,000.[1] ("Assets").

7.      The purchaser is Sustainable Development Group, LLC ("Sustainable").

8.      Sustainable is a third party not affiliated with the Debtor or any of its principals.

9.      The terms of the sale are cash payment upon approval of the Bankruptcy Court.

_____

[1]For avoidance of doubt the sale does not include any patents or application for patents.

10.    The Debtor seeks an Order approving the Sale with the net proceeds and be held

pending further Order of this Court.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter

be set down for an Hearing and that upon hearing, this Court enter an Order authorizing the Debtor's

sale of the Assets described in this Motion,  and for such other and further relief as the Debtor may

show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By: _/s/ Eric Liepins_____
        Eric A. Liepins, SBN 12338110
        PROPOSED ATTORNEY FOR DEBTOR

<u>Certificate of Service</u>

I hereby certify that a true and correct copy of the foregoing Motion was sent to all creditors
via  mail on this the 8th day of December 2022.

_____/s/ Eric Liepins_____
Eric A. Liepins

Label Matrix for local noticing
0540-4
Case 22-41366
Eastern District of Texas
Sherman
Fri Oct 14 16:32:23 CDT 2022

Backyard Workroom, LLC
2901 Technology Drive
Suite 199
Plano, TX 75074-7457

Betsy Beard
905 Timberline Ct.
Fort Worth, TX 76126-3850

Blue Cross Blue Shield of Texas
PO Box 650615
Dallas, TX 75265-0615

Bonton Farms
6911 Bexar Street
Dallas, TX 75215-5410

Built Designs, LLC
1706 Juanita Drive
Arlington, TX 76013-3540

Carlos & Maranda Chambers
513 Firethorn Court
Burleson, TX 76028-1386

Champion Janitorial
664 N Glenville Dr
Richardson, TX 75081-2832

Chris & Veronica Canterbury
8991 Opal Canyon Court
Sacramento, CA 95829-9290

Comptroller
117 E. 17th Street
Austin, TX 78701

Conley Rose Intellectual Property Law
777 N Eldridge Pkwy Ste 600
Houston, TX 77079-4524

Crystal Ellison
2207 Cales Dr.
Arlington, TX 76013-1411

Daniel C. Smith P.E Consulting Engineers
9650 Strickland Rd Ste 103185
Raleigh, NC 27615-1902

Dawson Logistics Assets LLC
575 Maryville Centre Dr, Ste 500
Saint Louis, MO 63141-5867

Elite Energy Inspections
4400 Cotton Belt Pkwy
Mc Gregor, TX 76657-3495

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Horton World Solutions, LLC
2106 E State Highway 114 Suite 301
Southlake, TX 76092-6598

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Marcelo Migoni
3516 Northhaven Rd.
Dallas, TX 75229-2646

Metal Supermarkets, Inc.
1401 Summit Ave, Unit 7
Plano, TX 75074-8112

Mitchell Welding Supply
PO Box 692
Terrell, TX 75160-0013

Muge Darwish
2813 Nordham Dr
Austin, TX 78745-4741

Nappco Fastner Company
7330 N Sam Houston Pkwy W Ste 200
Houston, TX 77064-3580

Phoenix Funding Group
2950 W Square Lake Rd Ste 211
Troy, MI 48098-5725

Pilar Claiborne
5774 Friar Court
El Sobrante, CA 94803-3524

RB Shields Me
910 S Crowley Rd Ste 9428
Crowley, TX 76036-3686

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Republic Trash Services
PO Box 78829
Phoenix, AZ 85062-8829

Russell Sorrow Sorrow Motion Pictures
7513 Gairlock Dr
Fort Worth, TX 76179-4821

Scalepoint                      Sentry Security Solutions LLC      Sherwin Williams
c/o Joe Reeble                  PO Box 727                         2100 Lakeside Blvd Ste 400
4717 S.Atlanta                  Burleson, TX 76097-0727            Richardson, TX 75082-4349
Tulsa, OK 74105


TMC DesignWorks                 Texas Mutual Insurance             U.S. Attorney General
15201 S. 4100 Rd                PO Box 841843                      Department of Justice
Claremore, OK 74017-9404        Dallas, TX 75284-1843              Main Justice Building
                                                                   10th & Constitution Ave., NW
                                                                   Washington, DC 20530-0001


US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Services
100 Commerce Street
Mail Code DAL-5027
Dallas, TX 75242


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Eric Benavides               End of Label Matrix
                                Mailable recipients    36
                                Bypassed recipients     1
                                Total                  37