

EOD
01/17/2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| BACKYARD WORKROOM, LLC | § | Case No. 22-41366 |
| | § | |
| DEBTOR | § | |

ORDER ON MOTION TO SELL PROPERTY OF THE ESTATE

CAME ON to be considered the Motion of Backyard Workroom, LLC, Debtor in the above styled and numbered cause to Sell Property of the Estate ("Motion"). The Court having reviewed the Motion, heard testimony of witnesses and determined no objections to the Motion have been filed, is of the opinion the Motion is well founded and should be granted. It is accordingly,

ORDERED, ADJUSTED AND DECREED the Debtor is authorized to sell the Assets as defined in the Motion to Sustainable Development Group, LLC for a price of $500,000. It is further,

ORDERED, ADJUDGED AND DECREED the Debtor shall place the funds from the sale into the Debtor in possession account and not to be disbursed pending further order of this Court.

Signed on 01/17/2023

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE