**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Backyard Workroom, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | 22-41366 |

☒ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**Comptroller**<br>**117 E. 17th Street**<br>**Austin, TX 78701**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,554.20 | $1,554.20 |
| 2.2 | **Priority creditor's name and mailing address**<br>**Internal Revenue Services**<br>**100 Commerce Street**<br>**Mail Code DAL-5027**<br>**Dallas, TX 75242**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $42,519.00 | $42,519.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Backyard Workroom, LLC** | Case number (if known) | **22-41366** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Betsy Beard**<br>**905 Timberline Ct.**<br>**Fort Worth, TX 76126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Blue Cross Blue Shield of Texas**<br>**PO Box 650615**<br>**Dallas, TX 75265-0615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$29,666.78** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bonton Farms**<br>**6911 Bexar Street**<br>**Dallas, TX 75215**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Built Designs, LLC**<br>**1706 Juanita Drive**<br>**Arlington, TX 76013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,150.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Capital Premium Financing, LLC**<br>**12235 S 800 E**<br>**Draper, UT 84020**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1413** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$11,754.11** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Carlos & Maranda Chambers**<br>**513 Firethorn Court**<br>**Burleson, TX 76028**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Champion Janitorial**<br>**664 N Glenville Dr**<br>**Richardson, TX 75081-2832**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$895.84** |

| Debtor | **Backyard Workroom, LLC** | Case number (if known) | **22-41366** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** **Chris & Veronica Canterbury** **8991 Opal Canyon Court** **Sacramento, CA 95829** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No   ☐ Yes | **$71,986.00** |
| 3.9 | **Nonpriority creditor's name and mailing address** **Conley Rose Intellectual Property Law** **777 N Eldridge Pkwy Ste 600** **Houston, TX 77079-4425** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No   ☐ Yes | **$4,825.00** |
| 3.10 | **Nonpriority creditor's name and mailing address** **Crystal Ellison** **2207 Cales Dr.** **Arlington, TX 76013** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.11 | **Nonpriority creditor's name and mailing address** **Daniel C. Smith P.E Consulting Engineers** **9650 Strickland Rd Ste 103185** **Raleigh, NC 27615-1902** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No   ☐ Yes | **$19,135.00** |
| 3.12 | **Nonpriority creditor's name and mailing address** **Dawson Logistics Assets LLC** **575 Maryville Centre Dr, Ste 500** **Saint Louis, MO 63141-5867** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No   ☐ Yes | **$44,154.00** |
| 3.13 | **Nonpriority creditor's name and mailing address** **Elite Energy Inspections** **4400 Cotton Belt Pkwy** **Mc Gregor, TX 76657-3495** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No   ☐ Yes | **$1,100.00** |
| 3.14 | **Nonpriority creditor's name and mailing address** **Frontier Communications** **PO Box 740407** **Cincinnati, OH 45274-0407** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No   ☐ Yes | **$114.99** |

| Debtor | **Backyard Workroom, LLC** | Case number (if known) | **22-41366** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** <br> **Horton World Solutions, LLC** <br> **2106 E State Highway 114 Suite 301** <br> **Southlake, TX 76092** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No  ☐ Yes | **$123,306.21** |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** <br> **Marcelo Migoni** <br> **3516 Northhaven Rd.** <br> **Dallas, TX 75229** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.17 | **Nonpriority creditor's name and mailing address** <br> **Metal Supermarkets, Inc.** <br> **1401 Summit Ave, Unit 7** <br> **Plano, TX 75074** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No  ☐ Yes | **$1,076.47** |
| 3.18 | **Nonpriority creditor's name and mailing address** <br> **Mitchell Welding Supply** <br> **PO Box 692** <br> **Terrell, TX 75160-0013** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No  ☐ Yes | **$1,577.10** |
| 3.19 | **Nonpriority creditor's name and mailing address** <br> **Muge Darwish** <br> **2813 Nordham Dr** <br> **Austin, TX 78745** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.20 | **Nonpriority creditor's name and mailing address** <br> **Nappco Fastner Company** <br> **7330 N Sam Houston Pkwy W Ste 200** <br> **Houston, TX 77064-3580** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No  ☐ Yes | **$1,114.19** |
| 3.21 | **Nonpriority creditor's name and mailing address** <br> **Phoenix Funding Group** <br> **2950 W Square Lake Rd Ste 211** <br> **Troy, MI 48098-5725** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No  ☐ Yes | **$116.67** |

| Debtor | **Backyard Workroom, LLC** | Case number (if known) | **22-41366** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Pilar Claiborne**<br>**5774 Friar Court**<br>**El Sobrante, CA 94803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**RB Shields Me**<br>**910 S Crowley Rd Ste 9428**<br>**Crowley, TX 76036-3686**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$537.75** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Reliant Energy**<br>**PO Box 650475**<br>**Dallas, TX 75265-0475**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$605.48** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Republic Trash Services**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$117.48** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Russell Sorrow Sorrow Motion Pictures**<br>**7513 Gairlock Dr**<br>**Fort Worth, TX 76179-4821**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,154.50** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Scalepoint**<br>**c/o Joe Reeble**<br>**4717 S.Atlanta**<br>**Tulsa, OK 74105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$104,723.35** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Sentry Security Solutions LLC**<br>**PO Box 727**<br>**Burleson, TX 76097-0727**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$47.62** |

| Debtor | **Backyard Workroom, LLC** | Case number (if known) | **22-41366** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** <br> **Sherwin Williams** <br> **2100 Lakeside Blvd Ste 400** <br> **Richardson, TX 75082-4349** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$6,610.63** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br> Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **Texas Mutual Insurance** <br> **PO Box 841843** <br> **Dallas, TX 75284-1843** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$1,858.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br> Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **TMC DesignWorks** <br> **15201 S. 4100 Rd** <br> **Claremore, OK 74017** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$1,220.00** |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **Basis for the claim:** _ <br> Is the claim subject to offset?  ■ No  ☐ Yes | |

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **44,073.20** |
| **5b. Total claims from Part 2** | 5b. + $ | **428,847.17** |
| **5c. Total of Parts 1 and 2** <br>   Lines 5a + 5b = 5c. | 5c. $ | **472,920.37** |